548

Commonwealth *v.* Wanamaker, Appellant.

Submitted November 22, 1968. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Melvin Dildine,* Assistant Defender, and *Herman I. Pollock,* Defender, for appellant.

*James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, April 23, 1969:
Order affirmed.

Hoffman, Appellant, *v.* Mount Lebanon Cemetery Company.

Argued January 9, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Samuel P. Lavine,* with him *Steinberg, Greenstein, Richman & Price,* for appellant.

*Ronald N. Rutenberg,* with him *Harry A. Rutenberg,* and *Rutenberg, Rutenberg, Rutenberg & Rutenberg,* for appellee.

OPINION PER CURIAM, April 23, 1969:
Decree affirmed on the opinion of the court below. Each party to pay own costs.

## Roedern *v.* Jack W. Blumenfeld & Co., Appellant.

Argued January 9, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Larry H. Slass,* with him *Techner, Rubin & Shapiro,* for appellant.